UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
Julie Marguerite Glenn,            Case No. 14-53995

           Debtor.            Chapter 7

           Judge Thomas J. Tucker

_____/

## ORDER DENYING APPLICATION TO PAY FILING FEES IN INSTALLMENTS

The debtor has filed an application to pay filing fees in installments this case. A review of court records show that counsel for debtor has failed to submit a proposed order within 14 days from the date the petition is filed (see L.B.R. 1007-1(e)). Therefore,

IT IS ORDERED that the Application to Pay Filing Fees in Installments (docket no. 6) is DENIED. Unless otherwise ordered in the future, the debtor must pay the filing fee in full on or before September 30, 2014. Failure to pay the filing fee in full by this date will result in the entry of an order to show cause and required appearance at the hearing.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

.

**Signed on September 16, 2014**

                                           /s/ Thomas J. Tucker
                                           Thomas J. Tucker
                                           United States Bankruptcy Judge